# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MICHAEL AND ABADELLA GANT, HUSBAND AND WIFE,

               Appellants

         v.

DEPARTMENT OF HUMAN SERVICES,

               Appellee

: No. 11 MAP 2024
:
:
: Appeal from the Order of the
: Commonwealth Court at No. 324
: MD 2021 dated December 6, 2023.

## ORDER

**PER CURIAM**                           **DECIDED: February 19, 2025**

**AND NOW,** this 19th day of February, 2025, the order of the Commonwealth Court is AFFIRMED, without prejudice for Appellants to pursue an enforcement action pursuant to 67 Pa.C.S. § 1105(d) ("Final determinations, … decrees or decisions of the department … shall be subject to enforcement by Commonwealth Court.") if they so choose. The "Appellee's Application to Strike Petitioner's Principal Brief to the Extent it Contains Information that is Irrelevant to the Issues Raised by the Court's December 6, 2023, Order," is DENIED as moot.

Justice Brobson files a concurring statement in which Justice Mundy joins.